IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BROOKE BUTLER, Personal Representative of the Estate of Baylor Kole Allen Butler, deceased; JEFF CARTER, Personal Representative of the Estate of Stevie Ray Vaughan Carter, deceased; and JOHNNIE DUROSSETTE, an individual;<br><br>           Plaintiffs,<br><br>vs.<br><br>AFI & LOGISTICS, LLC d/b/a Northshore Moving Company, a foreign company; and PURPLE WAVE, INC., d/b/a Purple Wave Auction, a foreign corporation,<br><br>           Defendants. | OKED Case No. CIV-25-199-GLJ<br><br>Case No. CJ-25-196 |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Purple Wave, Inc., d/b/a Purple Wave Auction, a foreign corporation, (hereinafter "Purple Wave") and AFI & Logistics, LLC d/b/a Northshore Moving Company, a foreign company, (hereinafter "Northshore Moving Company") or collectively "Defendants," by counsel, hereby file this Notice of Removal, pursuant to 28 U.S.C. § 1441(a); 28 U.S.C. § 1332(a); and U.S.C. § 1446 et seq., to remove the above captioned action to this Court from the District Court of Wagoner County, State of Oklahoma. In support of this Notice of Removal, Defendants would state as follows:

1. Defendants Purple Wave and Northshore Moving Company (Defendants) have been sued in a civil action in the District Court of Wagoner County, State of Oklahoma, styled:

> BROOKE BUTLER, Personal Representative of the Estate of Baylor Kole Allen Butler, deceased; JEFF CARTER, Personal Representative of the Estate of Stevie Ray Vaughan Carter, deceased and JOHNNIE DUROSSETTE, an individual; Plaintiffs, vs] AFI & Logistics, LLC d/b/a Northshore Moving Company, a

foreign company; and Purple Wave, Inc., d/b/a Purple Wave Auction, a foreign corporation, Defendants, Case No. CJ-25-196,

("State Court Action").  The State Court Action was filed on May 7, 2025, a copy of which is hereby attached as **Exhibit 1**.

2. Plaintiffs' omnibus May 7, 2025 Petition asserts claims for (1) Strict Products Liability against Northshore Moving Company, (2) Breach of Implied Warranty of Merchantability against Northshore Moving Company, (3) Negligence against Northshore Moving Company, (4) Negligence *Per Se* against Northshore Moving Company, (5) Negligent Undertaking against Northshore Moving Company, (6) Punitive/Exemplary Damages against Northshore Moving Company, (7) Strict Products Liability against Purple Wave, (8) Breach of Implied Warranty of Merchantability against Purple Wave, (9) Negligence against Purple Wave, (10) Negligence *Per Se* against Purple Wave, (11) Negligent Undertaking against Purple Wave, (12) Punitive/Exemplary Damages against Purple Wave, and is seeking damages "all in an amount in excess of $75,000.00, plus pre-judgment interest, post-judgment interest, costs, attorney fees as allowed by law, and any other further relief that is just and equitable."

3. Decedent/Plaintiff Baylor Kole Allen Butler was an Oklahoma citizen and resident, see ¶ 1 of Plaintiffs' Petition.

4. Decedent/Plaintiff Stevie Ray Vaughan Carter was an Oklahoma citizen and resident, see ¶ 5 of Plaintiffs' Petition.

5. Defendant Purple Wave is a Delaware Corporation with its principle place of business in Manhattan, Kansas, see also ¶ 11 of Plaintiffs' Petition.

6. Defendant Northshore Moving Company is a Louisiana LLC, with its sole member, Adam Fos, who is a resident of Hammond, Louisiana in the Tangipahoa Parish, see also, ¶ 10 of Plaintiffs' Petition.

7. Plaintiffs' May 7, 2025 Petition makes a series of claims for personal injury suffered by Plaintiffs as the result of a March 25, 2025 accident that occurred on the Muskogee Turnpike in Wagoner County, Oklahoma near mile marker 18. Plaintiffs allege their damages exceed $75,000.00, see **Exhibit 1**.

## PLAIN STATEMENT OF THE GROUNDS FOR REMOVAL

8. Plaintiffs are citizens and residents of Oklahoma and are completely diverse from Defendants, as Purple Wave is incorporated in Delaware with its principle place of business in Kansas and Northshore is a Louisiana LLC, for the purpose of diversity jurisdiction, and the amount in controversy exceeds $75,000.00 per Plaintiffs' Petition (**Exhibit 1**).

9. Removal is proper where complete diversity of citizenship exists pursuant to 28 U.S.C. § 1441(a) and pursuant to 28 U.S.C. § 1332(a) via the procedures set forth in 28 U.S.C. § 1446.

10. All Defendants have conferred and consent to this removal.

## TIMELINESS

11. This Notice of Removal is filed within thirty (30) days from the time that Purple Wave was allegedly served with process, on or about May 12, 2025.

## AMOUNT IN CONTROVERSY

12. The amount in controversy for diversity jurisdiction as set forth in 28 U.S.C. § 1332 is satisfied as Plaintiffs' Petition prays for judgment in excess of Seventy-Five Thousand Dollars (see page 22-23 of **Exhibit 1**).

## DIVERSITY OF CITIZENSHIP

13. This Court has diversity jurisdiction over this matter because the citizenship of Plaintiffs and Defendants are entirely and completely diverse pursuant to 28 U.S.C. § 1332.

## **VENUE**

14. The Eastern District of Oklahoma is the only federal court to which this action is removable pursuant to 28 U.S.C. § 1441(a), as this action was pending in the District Court of Wagoner County, State of Oklahoma, which is within this district.

## **COMPLIANCE WITH LCvR 81.2 AND 28 U.S.C. § 1446(a)**

15. Pursuant to 28 U.S.C. § 1446(a), the Summons issued to Defendants is/are attached as **Exhibit 2**. A copy of the state court docket sheet is attached as **Exhibit 3** in accordance with LCvR 81.2. Further, copies of all additional process, pleadings and orders filed within the state court action are attached hereto as follows and made a part hereof:

| | |
|---|---|
| **Exhibit 1**: | Petition |
| **Exhibit 2**: | Summons |
| **Exhibit 3**: | State Court Action docket sheet |
| **Exhibit 4**: | Answer of Defendant Purple Wave |
| **Exhibit 5:** | Affidavit of Service by Certified Mail |
| **Exhibit 6:** | Answer, Counter-claim and Third-Party Petition of Defendant and Third-Party Plaintiff AFI & Logistics, LLC |

16. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiffs via counsel and a copy of the Notice of Removal will be filed with the Clerk of the District Court of Wagoner County, State of Oklahoma as provided by 28 U.S.C. § 1446(d).

17. Defendants have conferred about filing this Notice of Removal and consent to this Removal.

18. Defendants reserve the right to file any additional or appropriate motions and raise defenses and objections in this matter once they have been properly removed to the United States District Court for the Eastern District of Oklahoma.

WHEREFORE, premises considered, Defendants Northshore Moving Company and Purple Wave, by and through counsel, hereby remove the above-captioned case, now pending before the District Court of Wagoner County, State of Oklahoma, to the United States District

Court for the Eastern District of Oklahoma, pursuant to diversity jurisdiction, invoking this honorable Court's jurisdiction.

**JURY TRIAL DEMANDED**

Respectfully submitted,

*PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, LLP*

Jake Pipinich, OBA # 22687
P.O. Box 239
Tulsa, Oklahoma 74101
Telephone:  918-583-8100
Facsimile:  918-583-8107
jpipinich@piercecouch.com

*and*

Daniel J. Hoehner, OBA #10852
Benjamin Honeycutt, OBA #35642
1109 N. Francis Ave.
Oklahoma City, OK  73106
Telephone:  405-235-1611
Facsimile:  405- 235-2904
Email:  dhoehner@piercecouch.com
*Attorneys for Defendants, Purple Wave, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that a full, true and correct copy of the above and foregoing document was served on the 10th day of June, 2025, via:

☒ U.S. First Class Mail, proper postage prepaid;
☐ Certified Mail, Return Receipt Requested;
☐ Facsimile;
☒ E-mail;
☐ Hand Delivery;
☐ Overnight Express Delivery;

Rusty Smith, OBA #19575
Michael L. Barkett, OBA #16171
**SMITH BARKETT LAW GROUP, PLLC**
P.O. Box 767/555 W. Okmulgee
Muskogee, OK 74402-0767
Facsimile: (918) 912-2122
Email: rsmith@smithbarkett.com
mbarkett@smithbarkett.com
*Attorneys for Plaintiffs*

Brent Olsson
**CHEEK LAW FIRM**
311 North Harvey Avenue, Suite 200
Oklahoma City, OK 73102
Facsimile: (405) 232-1707
Email: bolsson@cheeklaw.com
*Attorney for Defendant, AFI & Logistics, LLC*

_____