

IN THE DISTRICT COURT OF WAGONER COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| BROOKE BUTLER, Personal Representative of the Estate of Baylor Kole Allen Butler, deceased; JEFF CARTER, Personal Representative of the Estate of Stevie Ray Vaughan Carter, deceased; and JOHNNIE DUROSSETTE, an individual;<br><br>Plaintiffs,<br><br>AFI & LOGISTICS, LLC d/b/a Northshore Moving Company, a foreign company; and PURPLE WAVE, INC., d/b/a Purple Wave Auction, a foreign corporation,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CJ-25-196 |

## SUMMONS

To the above-named Defendant:        AFI & LOGISTICS, LLC

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition with the Court at the above address within twenty (20) days after service of this Summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. **Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this 7th day of May, 2025.

JIM HIGHT
WAGONER COUNTY COURT CLERK

(Seal)

By _Maggie Christy_
Deputy Court Clerk

Rusty Smith, OBA #19575
Michael L. Barkett, OBA #16171
SMITH BARKETT LAW GROUP, PLLC
1202 East 33rd Street
Tulsa, Oklahoma 74105
918.582.6900 – Telephone
918.582.6907 – Facsimile
rsmith@smithbarkett.com
mbarkett@smithbarkett.com

Attorneys for Plaintiffs

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.

1

**EXHIBIT 2**



IN THE DISTRICT COURT OF WAGONER COUNTY
STATE OF OKLAHOMA

| | |
|---|---|
| BROOKE BUTLER, Personal Representative of the Estate of Baylor Kole Allen Butler, deceased; JEFF CARTER, Personal Representative of the Estate of Stevie Ray Vaughan Carter, deceased; and JOHNNIE DUROSSETTE, an individual;<br><br>Plaintiffs,<br><br>AFI & LOGISTICS, LLC d/b/a Northshore Moving Company, a foreign company; and PURPLE WAVE, INC., d/b/a Purple Wave Auction, a foreign corporation,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CQ-25-196<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To the above-named Defendant:    PURPLE WAVE, INC.

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition with the Court at the above address within twenty (20) days after service of this Summons upon you exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. **Unless you answer the Petition within the time stated, judgment will be rendered against you with costs of the action.**

Issued this __7th__ day of May, 2025.

JIM HIGHT
WAGONER COUNTY COURT CLERK

(Seal)

By _Maggie Christy_
Deputy Court Clerk

Rusty Smith, OBA #19575
Michael L. Barkett, OBA #16171
SMITH BARKETT LAW GROUP, PLLC
1202 East 33rd Street
Tulsa, Oklahoma 74105
918.582.6900 – Telephone
918.582.6907 – Facsimile
rsmith@smithbarkett.com
mbarkett@smithbarkett.com

Attorneys for Plaintiffs

YOU MAY SEEK THE ADVICE OF AN ATTORNEY ON ANY MATTER CONNECTED WITH THIS SUIT OR YOUR ANSWER. SUCH ATTORNEY SHOULD BE CONSULTED IMMEDIATELY SO THAT AN ANSWER MAY BE FILED WITHIN THE TIME LIMIT STATED IN THIS SUMMONS.