OKLAHOMA STATE COURTS NETWORK

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>WAGONER COUNTY</u>, OKLAHOMA

| | |
|---|---|
| BUTLER, BROOKE et al VS. AFI & LOGISTICS et al | No. CJ-2025-00196<br>**(Civil relief more than $10,000: WRONGFUL DEATH)**<br><br>Filed: 05/07/2025<br><br>Judge: HUNTER, REBECCA |

# PARTIES

BUTLER, BROOKE, Plaintiff
PERSONAL REPRESENTATIVE OF THE ESTATE OF, Plaintiff
BUTLER, BAYLOR KOLE ALLEN, Plaintiff
DECEASED, Plaintiff
CARTER, JEFF, Plaintiff
PERSONAL REPRESENTATIVE OF THE ESTATE OF, Plaintiff
CARTER, STEVIE RAY VAUGHAN, Plaintiff
DECEASED, Plaintiff
DUROSSETTE, JOHNNIE, Plaintiff
AFI & LOGISTICS, Defendant
DBA, Defendant
NORTHSHORE MOVING COMPANY, Defendant
A FOREIGN COMPANY, Defendant
PURPLE WAVE, INC, Defendant
DBA, Defendant
PURPLE WAVE AUCTION, Defendant
A FOREIGN COMPANY, Defendant

# ATTORNEYS

| **Attorney** | **Represented Parties** |
|---|---|
| SMITH, RUSTY<br>PO BOX 767<br>MUSKOGEE, OK 74402 | |

**EXHIBIT 3**

| Attorney | Represented Parties |
|---|---|
| BARKETT, MICHAEL<br>ATTORNEY AT LAW<br>1408 S HARVARD AVE<br>TULSA, OK 74112 | |

## EVENTS

None

## ISSUES

1. WRONGFUL DEATH

## DOCKET

| Date | Code | Description | Count | Amount |
|---|---|---|---|---|
| 05/07/2025 | [ TEXT ] | PETITION ($10,001 OR MORE)<br>Document Available (#1084906702) 📄TIFF  📄PDF | | $ 163.00 |
| | | (Entry with fee only) | | $ 6.00 |
| | | (Entry with fee only) | | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | | $ 25.00 |
| | | LENGTHY TRIAL FUND FEE | | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | | $ 0.16 |
| | | COURTHOUSE SECURITY FEE | | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | | $ 1.00 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | | $ 0.45 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | | $ 10.00 |
| 05/07/2025 | [ TEXT ] | ISSUE (2) SUMMONS<br>Document Available (#1084906259) 📄TIFF  📄PDF | | $ 20.00 |
| 06/02/2025 | [ TEXT ] | ANSWER OF DEFENDANT PURPLE WAVE INC.<br>Document Available (#1085135238) 📄TIFF  📄PDF | | |

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

Document Available (#1085173287) 🗎TIFF 📕PDF