**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BROOKE BUTLER, *et al.*,<br><br>**Plaintiffs**,<br><br>**v.**<br><br>AFI & LOGISTICS, LLC, *et als.*,<br><br>**Defendants.** | **Civil No.** 25-199 (FAB) |

**ORDER**

BESOSA, Senior District Judge.[1]

Before the Court are three Reports and Recommendations ("R&Rs") (Docket No. 102, Docket No. 103, Docket No. 104) issued by U.S. Magistrate Judge Gerald L. Jackson regarding (1) third-party defendant Pedro Aquino's continued motion to dismiss the third-party complaint filed by defendant Purple Wave, Inc. (Docket No. 56) and Aquino's motion to dismiss the amended third-party complaint filed by defendant AFI (Docket No. 63); (2) plaintiff Johnnie Durossette's motion to dismiss Purple Wave's counterclaim against him (Docket No. 59); and (3) plaintiffs Durossette and representatives from Brook Butler's and Jeff Carter's estates (collectively, "plaintiffs")'s motion for leave to amend the

[1] Senior United States District Judge for the District of Puerto Rico, sitting by designation.

complaint. (Docket No. 84.) This case is before the Court by designation pursuant to 28 U.S.C. § 292(d). See Docket No. 74.

No objections have been filed and the time allotted for doing so has expired. "In the absence of a timely objection, the district court may review a magistrate's report under any standard it deems appropriate." Summers v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991). The Court has conducted a complete review of the record and agrees with the magistrate judge's analysis and recommendations, and finds that "there is no clear error on the face of the record." See Fed. R. Civ. P. 72(b), advisory committee note.

Accordingly, the Court **ADOPTS** the three R&Rs. (Docket No. 102, Docket No. 103, Docket No. 104.) The Court finds that Aquino's continued motion to dismiss with respect to Purple Wave is **MOOT** (Docket No. 56), that Aquino's motion to dismiss with respect to AFI is **GRANTED** (Docket No. 63), and that plaintiff Durossette's motion to dismiss with respect to Purple Wave's counterclaims is **GRANTED** (Docket No. 59). Plaintiffs' motion for leave to amend the complaint is **DENIED**. (Docket No. 84.)

Partial Judgment shall be issued accordingly.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, September 16, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE